UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :   1:14CR00632-001
     -against-                      :   ORDER
                                    :
Michael Lucarelli
                                    :
        Defendant
                                    :
------------------------------------X

   Jesse M. Furman, United States District Judge:

   ORDERED that the defendant's bail be modified by adding the conditions: mental health evaluation and treatment as deemed necessary by Pretrial Services.

   Dated: New York, New York
          October 23, 2014

                                        SO ORDERED,

                                        [signature]

                                        _____
                                        Jesse M. Furman
                                        United States District Judge