

NYC OFFICE: 9 EAST 38TH STREET | 3RD FLOOR | NEW YORK, NY 10016 | TEL: 212.448.9933 | FAX: 212.448.9943

January 9, 2015

Hon. Jesse M. Furman
United States District Court
Southern District New York
40 Centre Street
New York, NY 10007

    Re:    Michael Anthony Lucarelli
              14 CR 00632 (JMF)

Dear Judge Furman:

After waiting some three weeks for an acknowledgment or response from the U.S. Probation Office, and receiving none, we write to bring to your attention two communications previously submitted to Probation. We believe they contain important information relevant to the upcoming sentence on January 21, 2015.

In addition, we enclose another character reference letter, just received from Brian Kennedy,

Finally, although we shall seek a non-custodial sentence on January 21st, we are aware of recommendations to the contrary, which if compelling to the Court could result in a sentence of imprisonment. In that latter event, we respectfully ask that Mr. Lucarelli, prior to reporting to prison, be permitted to attend and graduate from the trucking school referenced in our earlier submission. This would afford him some hope for the future and assuage some of the pain of incarceration.

Respectfully,

Patrick W. McGinley
Laurent B. Chevalier

cc:    Kishasingleton@nysp.uscourts.gov
       Brian Blais, Esq. (USANYS)