

NYC OFFICE: 9 EAST 38TH STREET | 3RD FLOOR | NEW YORK, NY 10016 | TEL: 212.448.9933 | FAX: 212.448.9943

February 13, 2015

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 02/13/2015 |

Hon. Jesse M. Furman
United States District Court
Southern District New York
40 Centre Street
New York, NY 10007

    Re:   Michael Anthony Lucarelli
           14 CR 00632 (JMF)

Dear Judge Furman:

    This is to advise that the trucking school to which Mr. Lucarelli expected to enter at this time has rescinded it's invitation because of his impending incarceration. They will revisit the invitation at the time of his release.

    Accordingly, Mr. Lucarelli is ready to surrender for service of his sentence at any time fixed by this Court. He respectfully asks the Court to recommend Yankton, South Dakota or Duluth, Minnesota as suitable venues for any BOP drug treatment program for which he is eligible and for appropriate medical care for Crohn's Disease.

                           Respectfully,

                           Laurent B. Chevalier

LBC:kc
cc:   Brian Blais, Esq.

Applications GRANTED. The defendant shall surrender to the designated facility no later than March 6, 2015. The Government is ORDERED to advise the USMS and/or BOP of the new date.

SO ORDERED.

February 13, 2015

WWW.CUOMOLLC.COM