

NYC OFFICE: 9 EAST 38TH STREET | 3RD FLOOR | NEW YORK, NY 10016 | TEL: 212.448.9933 | FAX: 212.448.9943

March 25, 2015

Hon. Jesse M. Furman
United States District Court
Southern District New York
40 Centre Street
New York, NY 10007

    Re:    Michael Anthony Lucarelli
              14 CR 00632 (JMF)

Dear Judge Furman:

    It grieves me to request your indulgence once again for a situation we all wish were concluded. But, as of last evening, Mike Lucarelli informed me that he has not been assigned to a specific prison for service of his sentence. That once again raises the specter of reporting to a jail in Bismark, North Dakota, to await assignment, and to be at the mercy of the local jailer.

    Accordingly, I once again respectfully request that you extend his time to report for service of sentence from March 27, 2015 to April 17, 2015. Perhaps the advent of a new month will expedite his assignment.

                                                     Respectfully,

                                                     Patrick W. McGinley

PWM:kc
cc:    Brian R. Blais, Esq.